**Order entered April 22, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01541-CV

**GREAT DIVIDE INSURANCE COMPANY, Appellant**

**V.**

**ALCUS RESHOD FORTENBERRY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06953**

## ORDER

Before the Court is appellant's April 20, 2020 motion for supplemental reporter's record. Appellant asserts the reporter's record that has been filed is incomplete and requests it be supplemented with the (1) transcript of the October 24, 2018 hearing on defendant's motion to transfer venue; (2) transcript of all pretrial motions heard October 16, 2019, including but not limited to the motions in limine; and (3) transcript of the September 30, 2019 hearing on defendant's plea to the jurisdiction. According to appellant, court reporter Vielica Dobbins reported

the October 2018 hearing, court reporter Teri Etekochay reported the October 2019 proceedings, and court reporter Tina Thompson reported the September 2019 hearing. Ms. Dobbins has begun preparing her record, and Ms. Thompson has her record prepared. Ms. Etekochay stated to appellant that no record was made of the "pretrial hearing on motions in limine or of voir dire proceedings," but appellant does not believe that is correct.

We **GRANT** the motion and **ORDER** a supplemental reporter's record containing a transcript of the October 2018 hearing, September 2019 hearing, and October 2019 hearing on pretrial motions be filed **no later than May 1, 2020**. If any of those proceedings were not recorded, the respective reporter shall state so in writing. On our own motion, we **EXTEND** the deadline for the filing of appellant's brief to May 11, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Dobbins, Ms. Etekochay, Ms. Thompson, and the parties.

/s/    KEN MOLBERG
JUSTICE